# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA XIOMARA GASTELUM-LOPEZ, | Case No.: 25-cv-3203-RSH-BLM |
| Petitioner, | **ORDER ON JOINT MOTION TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| KRISTI NOEM; et al., | |
| Respondents. | |

Having considered the parties' joint motion, and finding the joint motion meritorious, the Court **GRANTS** the motion and **ORDERS** that Respondents shall file a return to the petition no later than December 16, 2025, and Petitioner may file a traverse in support of his petition no later than December 18, 2025.

The December 11, 2025 hearing date is **VACATED** and the Court will set a further hearing date if warranted.

It is **SO ORDERED.**

DATED: December 2, 2025

_Robert S. Huie_____

Hon. Robert S. Huie
United States District Judge