# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

BIANCA XIOMARA GASTELUM-LOPEZ,

   Petitioner,

  v.

Kristi NOEM, in her official capacity as Secretary of Homeland Security, et al.,

   Respondents.

Case No.: 25-CV-3203-RSH-BLM

**ORDER ON JOINT MOTION TO DISMISS**

  Having considered the parties' Joint Motion to Dismiss, and finding good cause therefor, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to close this case.

  It is **SO ORDERED.**

DATED: December 11, 2025

_Robert S Huie_
_____
Hon. Robert S. Huie
United States District Judge